| | |
|---|---|
| 1 | Floyd W. Bybee, #012651 |
|  | BYBEE LAW CENTER, PLC |
| 2 | 4445 E. Holmes Avenue |
|  | Suite 107 |
| 3 | Mesa, AZ 85206-3398 |
|  | Office: (480) 756-8822 |
| 4 | Fax: (480) 302-4186 |
|  | floyd@bybeelaw.com |
| 5 |  |
|  | Attorney for Plaintiffs |
| 6 |  |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Brett Nichols, and Stacey Nichols, | ) ) ) ) | No.  CV 2010-0008-PHX-GMS |
| Plaintiffs, | ) ) |  |
| v. | ) ) | NOTICE OF DISMISSAL WITH PREJUDICE |
| Enhanced Recovery Corporation, | ) ) ) |  |
| Defendant. | ) ) ) |  |

Plaintiffs, by and through counsel, hereby give notice of dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

1
2       RESPECTFULLY SUBMITTED: <u>  January 21, 2010  </u> .
3
4                                  <u>  s/ Floyd W. Bybee  </u>
          Floyd W. Bybee, #012651
5         BYBEE LAW CENTER, PLC
          4445 E. Holmes Avenue
6         Suite 107
          Mesa, AZ 85206-3398
7         Office: (480) 756-8822
          Fax: (480) 302-4186
8         floyd@bybeelaw.com

9         Attorney for Plaintiffs